B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): McClain, Terra, Elane | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 7243 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): 20G Fernwood Drive Bolingbrook, IL ZIP CODE 60440 | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: Will | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☐ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☑ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |

Estimated Assets
| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Estimated Liabilities
| ☐ $0 to $50,000 | ☑ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

B 1 (Official Form 1) (1/08)  Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Terra Elane McClain |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: N/A | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form) 1 (1/08)

Page 3

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

Name of Debtor(s):
Terra Elane McClain

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Terra McClain
Signature of Debtor

X  _____
Signature of Joint Debtor
(708) 890-3215
Telephone Number (if not represented by attorney)
08/14/2008
Date

### Signature of Attorney*

X  _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X  _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X  _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (10/06)

# UNITED STATES BANKRUPTCY COURT

In re Terra Elane McClain          Case No._____
      Debtor(s)                                (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☒ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh D) (10/06) – Cont.

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____
_____.

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *Jenna McCl___*

Date: 08/14/2008

2

## CREDITOR LIST

CREDITOR: Santa Barbara Bank + Trust
ADDRESS: P.O Box 1270
Solana Beach, Ca 92075-7270

ACCOUNT #: 7243
AMOUNT: $ 1,200.00
INCURRED WHEN:
CODEBTORS NAMES:
REASON FOR DEBT:
DESCRIPTION OF PROPERTY THIS CREDITOR HAS A SECURITY INTEREST IN:

IF THERE IS NO SECURED PROPERTY, DO NOT ANSWER THE NEXT QUESTION
DO YOU WANT TO KEEP THIS PROPERTY AND PAY THE DEBT: ___YES ___NO


CREDITOR: Northland Group
ADDRESS: P.O Box 390846
Edina, MN 55439

ACCOUNT #: F14603109
AMOUNT: $ 1,288.94
INCURRED WHEN:
CODEBTORS NAMES:
REASON FOR DEBT:
DESCRIPTION OF PROPERTY THIS CREDITOR HAS A SECURITY INTEREST IN:

(IF THERE IS NO SECURED PROPERTY, DO NOT ANSWER THE NEXT QUESTION)
DO YOU WANT TO KEEP THIS PROPERTY AND PAY THE DEBT: ___YES ___NO


CREDITOR: Arrow Financial
ADDRESS: 21031 Network Place
Chicago, IL 60678

ACCOUNT #: 544410084000262642
AMOUNT: $ 563.96
INCURRED WHEN:
CODEBTORS NAMES:
REASON FOR DEBT:
DESCRIPTION OF PROPERTY THIS CREDITOR HAS A SECURITY INTEREST IN:

IF THERE IS NO SECURED PROPERTY, DO NOT ANSWER THE NEXT QUESTION
DO YOU WANT TO KEEP THIS PROPERTY AND PAY THE DEBT: ___YES ___NO

CREDITOR LIST

CREDITOR: College of Dupage
ADDRESS: 425 Fawell Blvd
SRC Building, Room 2049A
Glen Ellyn, IL 60137-6599
ACCOUNT #: 360747243
AMOUNT: $ 387.53
INCURRED WHEN: 5/06
CODEBTORS NAMES:
REASON FOR DEBT:
DESCRIPTION OF PROPERTY THIS CREDITOR HAS A SECURITY INTEREST IN:

(IF THERE IS NO SECURED PROPERTY, DO NOT ANSWER THE NEXT QUESTION)
DO YOU WANT TO KEEP THIS PROPERTY AND PAY THE DEBT: ___YES ___NO


CREDITOR: Capital Management
ADDRESS: 726 Exchange Street
Suite 700
Buffalo, NY 14210
ACCOUNT #: 5187690002505141
AMOUNT: $ 1250.81
INCURRED WHEN:
CODEBTORS NAMES:
REASON FOR DEBT:
DESCRIPTION OF PROPERTY THIS CREDITOR HAS A SECURITY INTEREST IN:

(IF THERE IS NO SECURED PROPERTY, DO NOT ANSWER THE NEXT QUESTION)
DO YOU WANT TO KEEP THIS PROPERTY AND PAY THE DEBT: ___YES ___NO


CREDITOR: Arrow Financial
ADDRESS: 5996 W. Touhy Ave
Niles, IL 60714
ACCOUNT #: 5418538110155663
AMOUNT: $ 540.19
INCURRED WHEN:
CODEBTORS NAMES:
REASON FOR DEBT:
DESCRIPTION OF PROPERTY THIS CREDITOR HAS A SECURITY INTEREST IN:

(IF THERE IS NO SECURED PROPERTY, DO NOT ANSWER THE NEXT QUESTION)
DO YOU WANT TO KEEP THIS PROPERTY AND PAY THE DEBT: ___YES ___NO

CREDITOR LIST

CREDITOR: Elk Grove Radiology
ADDRESS: 75 Remittance DR Suite 6500
Chicago, Il 60675-6500

ACCOUNT #: 67-8202951
AMOUNT: $ 375.00
INCURRED WHEN: 1/06
CODEBTORS NAMES:
REASON FOR DEBT:
DESCRIPTION OF PROPERTY THIS CREDITOR HAS A SECURITY INTEREST IN:

(IF THERE IS NO SECURED PROPERTY, DO NOT ANSWER THE NEXT QUESTION)
DO YOU WANT TO KEEP THIS PROPERTY AND PAY THE DEBT: ___YES ___NO


CREDITOR: Arrow Financial
ADDRESS: 5996 W Touhy Ave
Niles, Ill 60714

ACCOUNT #: 4610078451446157
AMOUNT: $ 450.65
INCURRED WHEN:
CODEBTORS NAMES:
REASON FOR DEBT:
DESCRIPTION OF PROPERTY THIS CREDITOR HAS A SECURITY INTEREST IN:

(IF THERE IS NO SECURED PROPERTY, DO NOT ANSWER THE NEXT QUESTION)
DO YOU WANT TO KEEP THIS PROPERTY AND PAY THE DEBT: ___YES ___NO


CREDITOR: Harris + Dial, P.C.
ADDRESS: 65 Flagship Drive Suite C
North Andover, MA 01845

ACCOUNT #: 3544270
AMOUNT: $ 1757.33
INCURRED WHEN:
CODEBTORS NAMES:
REASON FOR DEBT:
DESCRIPTION OF PROPERTY THIS CREDITOR HAS A SECURITY INTEREST IN:

(IF THERE IS NO SECURED PROPERTY, DO NOT ANSWER THE NEXT QUESTION)
DO YOU WANT TO KEEP THIS PROPERTY AND PAY THE DEBT: ___YES ___NO

CREDITOR LIST

CREDITOR: Assets Recovered
ADDRESS: P.O Box 59438
Dallas, TX 75229-1938
ACCOUNT #: 249950
AMOUNT: $ 25,727.56
INCURRED WHEN: 7/2005
CODEBTORS NAMES:
REASON FOR DEBT:
DESCRIPTION OF PROPERTY THIS CREDITOR HAS A SECURITY INTEREST IN:

(IF THERE IS NO SECURED PROPERTY, DO NOT ANSWER THE NEXT QUESTION)
DO YOU WANT TO KEEP THIS PROPERTY AND PAY THE DEBT: ___YES ___NO


CREDITOR: Alexian Brothers
ADDRESS: 800 Biesterfield Rd
Elk Grove Village, Illinois, 60007
ACCOUNT #: G00701007338
AMOUNT: $ 4,110.00
INCURRED WHEN: 10/18/06
CODEBTORS NAMES:
REASON FOR DEBT:
DESCRIPTION OF PROPERTY THIS CREDITOR HAS A SECURITY INTEREST IN:

(IF THERE IS NO SECURED PROPERTY, DO NOT ANSWER THE NEXT QUESTION)
DO YOU WANT TO KEEP THIS PROPERTY AND PAY THE DEBT: ___YES ___NO


CREDITOR: Quest Diagnostics
ADDRESS: P.O Box 64804
Baltimore, MD 21264-4804
ACCOUNT #: 4243563250
AMOUNT: $ 174.50
INCURRED WHEN: 10/21/06
CODEBTORS NAMES:
REASON FOR DEBT:
DESCRIPTION OF PROPERTY THIS CREDITOR HAS A SECURITY INTEREST IN:

(IF THERE IS NO SECURED PROPERTY, DO NOT ANSWER THE NEXT QUESTION)
DO YOU WANT TO KEEP THIS PROPERTY AND PAY THE DEBT: ___YES ___NO

CREDITOR LIST

CREDITOR: Arrow Financial
ADDRESS: 5996 W. Touhy Ave
Niles 60714

ACCOUNT #: 4045880110027608
AMOUNT: $ 749.21
INCURRED WHEN:
CODEBTORS NAMES:
REASON FOR DEBT:
DESCRIPTION OF PROPERTY THIS CREDITOR HAS A SECURITY INTEREST IN:

(IF THERE IS NO SECURED PROPERTY, DO NOT ANSWER THE NEXT QUESTION)
DO YOU WANT TO KEEP THIS PROPERTY AND PAY THE DEBT: ___ YES ___ NO


CREDITOR: Island National Group
ADDRESS: 6851 Jericho Turnpike, Suite 180
Syosset, NY 11791

ACCOUNT #: 8050101929277695
AMOUNT: $ 588.61
INCURRED WHEN:
CODEBTORS NAMES:
REASON FOR DEBT:
DESCRIPTION OF PROPERTY THIS CREDITOR HAS A SECURITY INTEREST IN:

(IF THERE IS NO SECURED PROPERTY, DO NOT ANSWER THE NEXT QUESTION)
DO YOU WANT TO KEEP THIS PROPERTY AND PAY THE DEBT: ___ YES ___ NO


CREDITOR: Asset Acceptance assignee of Household
ADDRESS:

ACCOUNT #:
AMOUNT: $22,709.82
INCURRED WHEN:
CODEBTORS NAMES:
REASON FOR DEBT:
DESCRIPTION OF PROPERTY THIS CREDITOR HAS A SECURITY INTEREST IN:
Garnishment ● currently Case # 06-AR-718

(IF THERE IS NO SECURED PROPERTY, DO NOT ANSWER THE NEXT QUESTION)
DO YOU WANT TO KEEP THIS PROPERTY AND PAY THE DEBT: ___ YES ___ NO